UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICHI WU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMIE PESCE, et al.,<br><br>　　　　Defendants. | Case No.  2:25-cv-0760-TLN-JDP<br><br>**ORDER** |

　　　　Plaintiff proceeds in this civil action without counsel.  Accordingly, the matter was referred to a United States Magistrate Judge pursuant to Local Rule 302.

　　　　On March 13, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections, and they were considered by the undersigned.

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed March 13, 2025, are ADOPTED IN FULL;

2. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend for lack of subject matter jurisdiction and failure to state a claim; and

3. The Clerk of Court is directed to close the case.

Date: April 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2